Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-08-00160-CV

## IN THE INTEREST OF A.V., R.G., AND G.S., CHILDREN

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2006-PA-01822
Honorable Richard Garcia, Judge Presiding

Opinion by:     Catherine Stone, Justice

Sitting:       Catherine Stone, Justice
               Sandee Bryan Marion, Justice
               Phylis J. Speedlin, Justice

Delivered and Filed:   November 19, 20008

AFFIRMED

This is an appeal concerning the trial court's termination of Lucy V.'s parental rights to her children, A.V., R.G., and G.S.[1] Lucy's court-appointed appellate attorney filed a brief containing a professional evaluation of the record and demonstrating that there are no arguable grounds to be advanced. Counsel concludes that the appeal is without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). *See In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at * 4 (Tex. App.—San Antonio May 21, 2003, no pet.) (applying *Anders* procedure in appeal from termination of parental rights).

---

[1] To protect the privacy of the parties in this case, we identify the children by their initials and the children's mother by her first name only. *See* TEX. FAM. CODE ANN. § 109.002(d) (Vernon 2002).

A copy of counsel's brief was delivered to Lucy, who was advised of her right to examine the record and to file a pro se brief. No pro se brief has been filed. After reviewing the record, we agree that the appeal is frivolous and without merit. The judgment of the trial court is therefore affirmed. Furthermore, we grant counsel's motion to withdraw.


Catherine Stone, Justice